UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>CHARIECE DENOYAS CHEW,<br>　　　　　Defendant. | Case No. 18-cr-00198-EMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>Docket No. 53 |

Currently pending before the Court is Mr. Chew's motion for compassionate release pursuant to 18 U.S.C. § 3582. Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** the request for relief. Mr. Chew has failed to show "extraordinary and compelling" circumstances. 18 U.S.C. § 3582(c)(1)(A). Although he does have a medical condition – asthma – he has not adequately shown that it is moderate or severe such that it puts him at heightened risk of severe illness due to COVID-19. The Court also takes notes that Mr. Chew is not of advanced age, being only 27 years old, and has served less than a third of the sentence imposed (20 months of his 69-month sentence).

**IT IS SO ORDERED**.

Dated: November 23, 2020

_____
EDWARD M. CHEN
United States District Judge